ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST

E-FILING

**SUMMONS IN A CIVIL CASE**

v.

ADR

B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING

CASE NUMBER:

**C 08 00681 HRL**

TO: (Name and address of defendant)
B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,
4695 Stevens Creek Blvd.
Santa Clara, CA 95051

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DARRYL J. HOROWITT
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, CA 93704

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE _____

JAN 2 8 2008

NDCAO440

|  | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>DARRYL HOROWITT SBN 100898<br>COLEMAN & HOROWITT<br>499 W. SHAW AVENUE<br>SUITE 116<br>FRESNO CA 93704<br>559-248-4820<br>ATTORNEY FOR PLAINTIFF | FOR COURT USE ONLY |
| District Court<br>Northern District, San Jose<br>280 S First St #2112<br>San Jose CA 95113 | |

| PLAINTIFF/PETITIONER: | SUSAN SANDELMAN, AS TRUSTEE | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | B&B PROPERTY MANAGEMENT, LLC | C0800681HRL |
| PROOF OF SERVICE OF SUMMONS | | Ref No. or File No.:<br>1061.08 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   SUMMONS AND COMPLAINT
   BLANK NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS
   INSTRUCTIONS FOR COMPLETION OF ADR FORMS
   BLANK ADR CERTIFICATION AND STIPULATION
   NOTICE OF NEED FOR ADR PHONE ONFERENCE
   AND ORDER OF THE CHIEF JUDGE
   ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLI
   STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES
   BLANK CONSENT AND DECLINATION FORMS TO PROCEED BEFORE A MAGISTI
   STANDING ORDERS RE CONTENTS OF JOINT CASE MANAGEMENT STATEMEN
   FILING GUIDELINES
   GENERAL ORDER NO. 40
   ECF REGISTRATION INFORMATION HANDOUT
   GENERAL ORDERS NO. 45 AND 53

3a. Party served:

   B&B PROPERTY MANAGEMENT, LLC,
   DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
   OR ANY OTHER AUTHORIZED REPRESENTATIVE

4. Address where party was served:

   4695 STEVENS CREEK BLVD.
   SANTA CLARA CA 95051

5. I served the party
   b. By substituted service. On: 02/08/08 at: 3:45 PM I left the documents listed in item 2

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 605691

| PLAINTIFF/PETITIONER: | SUSAN SANDELMAN, AS TRUSTEE | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | B&B PROPERTY MANAGEMENT, LLC | C0800681HRL |

with or in the presence of:

SALES REPRESENTATIVE

JOHN DOE

(1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. On behalf of:

   B&B PROPERTY MANAGEMENT, LLC,
   DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
   OR ANY OTHER AUTHORIZED REPRESENTATIVE

   under the following Code of Civil Procedure section:

   416.40 (association or partnership)

7. Person who served papers
   a. Name: DAVID LANTZ
   b. Address: 1199 MONTEREY PASS RD  MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $181.67
   e. I am:
      (3) [X] registered California process server:
         (i) [X] Independent contractor
         (ii) Registration No.: 1124    Expires: 02-04-09
         (iii) County: SANTA CLARA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

02/11/08

DAVID LANTZ

RAPID LEGAL INC. LOS ANGELES CO. REG # 1107, EXPIRES 02-27-09

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 605691

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>DARRYL HOROWITT   SBN 100898<br>COLEMAN & HOROWITT<br>499 W. SHAW AVENUE<br>SUITE 116<br>FRESNO CA 93704<br>ATTORNEY FOR   PLAINTIFF | TELEPHONE NUMBER<br>559-248-4820<br><br>Ref. No. or File No.<br>1061.06 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch if any.<br>District Court Northern District, San Jose<br>280 S First St #2112 San Jose CA 95113 | | |
| SHORT TITLE OF CASE:<br>SUSAN SANDELMAN, AS TRUSTEE v B&B PROPERTY MANAGEMENT, LLC | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>605691 | | CASE NUMBER:<br>C0800681HRL |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 02/11/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

SUMMONS AND COMPLAINT
BLANK NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS
INSTRUCTIONS FOR COMPLETION OF ADR FORMS
BLANK ADR CERTIFICATION AND STIPULATION
NOTICE OF NEED FOR ADR PHONE ONFERENCE
AND ORDER OF THE CHIEF JUDGE
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES
BLANK CONSENT AND DECLINATION FORMS TO PROCEED BEFORE A MAGISTRATE
STANDING ORDERS RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT AND CAS
FILING GUIDELINES
GENERAL ORDER NO. 40
ECF REGISTRATION INFORMATION HANDOUT
GENERAL ORDERS NO. 45 AND 53


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:    SAN JOSE        , CALIFORNIA,   ADDRESSED AS FOLLOWS:

B&B PROPERTY MANAGEMENT, LLC,
DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
OR ANY OTHER AUTHORIZED REPRESENTATIVE

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [  ] Independent Contractor
(2) Registration No. 1127
(3) County: SANTA CLARA
(4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/11/08

>   CONTINUED ON THE NEXT PAGE
SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DARRYL HOROWITT  SBN 100898<br>COLEMAN & HOROWITT<br>499 W. SHAW AVENUE<br>SUITE 116<br>FRESNO CA 93704<br>ATTORNEY FOR    PLAINTIFF | 559-248-4820<br><br>Ref. No. or File No.<br>1061.06 | |

Insert name of court and name of judicial district and branch if any.
District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
SUSAN SANDELMAN, AS TRUSTEE v B&B PROPERTY MANAGEMENT, LLC

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 605691 | | | | C0800681HRL |

4695 STEVENS CREEK BLVD.
SANTA CLARA CA 95051


DECLARANT: KATHYRN PAZ


RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300  FAX 323-526-7377

d.  Registered California process server
(1)  [ ] Employee or [ ] Independent Contractor
(2)  Registration No. 1127
(3)  County: SANTA CLARA
(4)  Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/11/08                                    > SIGNATURE [signature]