LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant.<br>_____/ | No. C08 00681 HRL<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING ARBITRATION<br><br>Complaint Filed: January 29, 2008<br><br>Date: April 29, 2008<br>Time: 10:00 a.m.<br>Courtroom: Honorable Howard R. Lloyd |

TO: THE PLAINTIFF, SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST AND TO HER ATTORNEYS OF RECORD: COLEMAN & HOROWITT, LLP:

PLEASE TAKE NOTICE that on April 29, 2008, at 10:00 a.m., or as soon thereafter as the matter may heard in Courtroom 2 of the above entitled Court, located at 280 First Street, San Jose, California 95113, the defendant, B & B Management Group, LLC, dba Bellach's Leather for Living, erroneously sued herein as B & B Property Management, LLC, dba Bellach's Leather for Living ("the moving party") will and hereby does move the Court to stay further proceedings on this case pending arbitration, pursuant to U.S.C. §3, on the ground that the parties, or their successor in interest hereto, agreed in writing that issues raised in this action would be arbitrated and no other, nonarbitrable claims are raised in this action.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Jerome Bellach, the managing member

Page 1

Defendant's Notice of Motion and Motion to Stay Action Pending Arbitration

1  of the moving party, the pleadings, records and papers filed herein, and such other and further
2  oral and documentary evidence and legal memoranda as may be presented at or by the hearing on
3  said Motion.

5  Dated: April 4, 2008            LAW OFFICES OF MIKEL D. BRYAN, P.C.

                                   By:  /s/ MDB
                                   MIKEL D. BRYAN
                                   Attorney for Defendant and Moving Party,
                                   B & B Management Group, LLC, dba Bellach's
                                   Leather for Living