LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN (SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant. | No. C08 00681 HRL<br><br>PROOF OF SERVICE BY MAIL ON DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION<br><br>Complaint Filed: January 29, 2008<br><br>Date: April 29, 2008<br>Time: 10:00 a.m.<br>Courtroom: Honorable Howard R. Lloyd |

Please see attached.

# PROOF OF SERVICE
[FRCP 5(B)]

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to this action. My business address is 550 Doyle Park Drive, Santa Rosa, California.

On the date set forth below, I served the attached:

1. DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING ARBITRATION;

2. DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION;

3. DECLARATION OF JEROME BELLACH IN SUPPORT OF DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION;

4. PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION

on the interested parties in this action, by placing a true copy thereof, addressed as follows:

<u>Attorney for Plaintiff, Susan Sandelman, Trustee of the Esan Trust</u>
Darryl J. Horowitt
Bonnie J. Anderson
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Fax: (559) 248-4830

/ X / (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of our office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY OVERNIGHT DELIVERY) I caused each such envelope to be picked up by the business which engages in overnight delivery service, following the instructions for express mailing and using the overnight delivery mail envelope with postage fully prepaid thereon.

/_/ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the address(es) noted above.

/_/ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California on  04-04-08 .

_____
Jolene Strange