1  LAW OFFICES OF MIKEL D. BRYAN, P.C.
   MIKEL D. BRYAN ( SBN 84010)
2  550 Doyle Park Drive
   Santa Rosa, California 95405
3  (707) 528-1231
   Fax: (707) 528-3143
4
   Attorney for Defendant
5  B & B Management Group, LLC,
   dba Bellach's Leather for Living
6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10  SUSAN SANDELMAN, AS TRUSTEE          No. C08 00681 HRL
    OF THE ESAN TRUST,
11                                       DEFENDANT'S AMENDED NOTICE OF
                      Plaintiff,         MOTION AND MOTION TO STAY
12                                       ACTION PENDING ARBITRATION AND
         v.                              PROOF OF SERVICE
13
    B&B PROPERTY MANAGEMENT, LLC,        Complaint Filed: January 29, 2008
14  dba  BELLACH'S LEATHER FOR LIVING,
                                         Date:  May 13, 2008
15                    Defendant.         Time:  10:00 a.m.
    _____/     Courtroom: Honorable Howard R. Lloyd
16

17      TO: THE PLAINTIFF, SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST

18  AND TO HER ATTORNEYS OF RECORD: COLEMAN & HOROWITT, LLP:

19      PLEASE TAKE NOTICE that on May 13, 2008, at 10:00 a.m., or as soon thereafter as

20  the matter may heard in Courtroom 2 of the above entitled Court, located at 280 First Street, San

21  Jose, California 95113, the defendant, B & B Management Group, LLC, dba Bellach's Leather

22  for Living, erroneously sued herein as B & B Property Management, LLC,  dba Bellach's Leather

23  for Living ("the moving party") will and hereby does move the Court to stay further proceedings

24  on this case pending arbitration, pursuant to U.S.C. §3, on the ground that the parties, or their

25  successor in interest hereto, agreed in writing that issues raised in this action would be arbitrated

26  and no other, nonarbitrable claims are raised in this action.

27      This motion will be based on this Notice of Motion and Motion, the Memorandum of

28  Points and Authorities filed herewith, the Declaration of Jerome Bellach, the managing member

                              Page 1

    Defendant's Notice of Motion and Motion to Stay Action Pending Arbitration

1  of the moving party, the pleadings, records and papers filed herein, and such other and further

2  oral and documentary evidence and legal memoranda as may be presented at or by the hearing on

3  said Motion.

4

5  Dated: April 7, 2008                    LAW OFFICES OF MIKEL D. BRYAN, P.C.

6                                          By:  _____

7                                          MIKEL D. BRYAN
                                           Attorney for Defendant and Moving Party,
8                                          B & B Management Group, LLC, dba Bellach's
                                           Leather for Living
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Notice of Motion and Motion to Stay Action Pending Arbitration

— Amended —

**PROOF OF SERVICE**
[FRCP 5(B)]

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to this action. My business address is 550 Doyle Park Drive, Santa Rosa, California.

On the date set forth below, I served the attached:

DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING ARBITRATION;

on the interested parties in this action, by placing a true copy thereof, addressed as follows:

Attorney for Plaintiff, Susan Sandelman, Trustee of the Esan Trust
Darryl J. Horowitt
Bonnie J. Anderson
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Fax: (559) 248-4830

/ X / (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of our office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/ / (BY OVERNIGHT DELIVERY) I caused each such envelope to be picked up by the business which engages in overnight delivery service, following the instructions for express mailing and using the overnight delivery mail envelope with postage fully prepaid thereon.

/ / (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the address(s) noted above.

/ / (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California on _4/7/08_.

_Jolene Strange_
Jolene Strange

Page 3

Proof of Service on Defendant's Motion to Stay Action Pending Arbitration
– Amended –