**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 8, 2008

RE: <u>CV 08-00681 HRL      SUSAN SANDELMAN, ET AL.-v- B&B PROPERTY MANAGEMENT, LLC, DBA BELLACH'S LEATHER FOR LIVING</u>

Default is entered as to Defendant B&B Property Management, LLC dba Bellach's Leather for Living  on April 8, 2008 .

                                         RICHARD W. WIEKING, Clerk

                                         by <u>Betty Walton</u>
                                         Case Systems Administrator

NDC TR-4  Rev. 3/89