\* E-filed 4/8/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, <br> AS TRUSTEE OF THE ESAN TRUST, <br><br> Plaintiff, <br><br> v. <br><br> B&B PROPERTY MANAGEMENT, LLC <br> d/b/a BELLACH'S LEATHER FOR LIVING, <br><br> Defendant. <br> _____/ | Case No. CV 08-00681 HRL <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

Because this case has been assigned to a Magistrate Judge, by **April 22, 2008,** the parties shall file either a Consent to Magistrate Judge Jurisdiction or a Declination to Proceed Before a Magistrate Judge.[1]  If no consent is filed by this date, then the case will be automatically reassigned to a District Court Judge for further proceedings.

**IT IS SO ORDERED.**

Dated:   4/8/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Copies of consent or declination forms are available on the court's website at www.cand.uscourts.gov.

**5:08-cv-681 Notice has been electronically mailed to:**

Mikel D. Bryan  mikel@mdbryanlaw.com

Darryl J. Horowitt  dhorowitt@ch-law.com

Christine Jean Levin  clevin@ch-law.com, tbohlander@ch-law.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  4/8/08

                                                  /s/ KRO
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California