LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN (SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST, <br><br> Plaintiff, <br><br> v. <br><br> B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING, <br><br> Defendant. | No. C08 00681 HRL <br><br> PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION <br><br> Complaint Filed: January 29, 2008 <br><br> Date:   April 29, 2008 <br> Time:   10:00 a.m. <br> Courtroom: Honorable Howard R. Lloyd |

The motion of the defendant, B & B Management Group, LLC, dba Bellach's Leather for Living, erroneously sued herein as B&B Property Management, LLC, ("the moving party"), for an order staying this action pending arbitration came on for hearing before this Court on April 29, 2008. Mikel D. Bryan appeared on behalf of the moving party and the Plaintiff, Susan Sandelman, as Trustee of the Esan Trust appeared through her attorneys of record, Coleman & Horowitt, LLP. After consideration of the memoranda of points and authorities, the arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the defendant's motion for a stay of these proceedings pending arbitration is GRANTED.

Dated: _____, 2008

_____
The Honorable Howard R. Lloyd
United States District Judge

Page 1

Order Staying Action Pending Arbitration