1    BELLACH'S LEATHER FOR LIVING, INC., a true and correct copy of which is attached

2    hereto as Exhibit "C."

3         4.    The request for Entry of Default filed by plaintiff in the above-captioned matter

4    on April 4, 2008, a true and correct copy of which is attached hereto as Exhibit "D."

5         5.    The court's notice of entry of default entered on April 8, 2008, a true and correct

6    copy of which is attached hereto as Exhibit "E."

7         Plaintiff also requests that the court take judicial notice of the following facts:

8         1.    That on April 4, 2008, bankruptcy court in the bankruptcy of BELLACH'S

9    LEATHER FOR LIVING, INC. dissolved the temporary restraining order.

10   Dated: April 22, 2008                COLEMAN & HOROWITT, LLP

11

12                                 BY:    /s/ Darryl J.  Horowitt
                                         DARRYL J. HOROWITT
13                                       Attorneys for Plaintiff,
                                         SUSAN SANDELMAN, AS TRUSTEE OF
14                                       THE ESAN TRUST

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Service of Process:**
5:08-cv-00681-HRL Sandelman v. B&B Property Management, LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are two hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Horowitt, Darryl entered on 2/15/2008 3:57 PM PST and filed on 2/15/2008

**Case Name:**      Sandelman v. B&B Property Management, LLC
**Case Number:**    5:08-cv-681
**Filer:**          Susan Sandelman
**Document Number:** 4

**Docket Text:**
**SUMMONS Returned Executed by Susan Sandelman. B&B Property Management, LLC served on 2/11/2008, answer due 3/2/2008. (Attachments: # (1) Proof of Service) (Horowitt, Darryl) (Filed on 2/15/2008)**

**5:08-cv-681 Notice has been electronically mailed to:**

Darryl J. Horowitt      dhorowitt@ch-law.com

Christine Jean Levin      clevin@ch-law.com, tbohlander@ch-law.com

**5:08-cv-681 Notice has been delivered by other means to:**

**EXHIBIT A**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\CLIENTS\1061-KinProperties\06B&B Management
Group\Pldg\Lawsuit\Summons.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/15/2008] [FileNumber=4140199-0]
[8ba4e120c0682879e561363d27428b7e3d2f886ecf90e510e3d0befaddd13c6428a15
aade671fa49c94981184aed277a5f42f90f259708c8a12cd66a1481e45f]]
**Document description:** Proof of Service
**Original filename:**F:\CLIENTS\1061-KinProperties\06B&B Management
Group\Pldg\Lawsuit\proof.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/15/2008] [FileNumber=4140199-1]
[6fd325622dcde0152ffa016b05e898f5bb3af8aec5c05b3a1b7d05af60ec548331fd2
569ec268cc5b43b3c1e629200c60229405d18b4b32bcc72cf765b8c34e7]]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN
TRUST

E-FILING

**SUMMONS IN A CIVIL CASE**

v.    ADR

B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S
LEATHER FOR LIVING

CASE NUMBER:

C08    00681 HRL

TO: (Name and address of defendant)

B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,
4695 Stevens Creek Blvd.
Santa Clara, CA 95051

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DARRYL J. HOROWITT
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, CA 93704

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 2 8 2008

Richard W. Wieking
CLERK

DATE _____

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

NDCAO440

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>DARRYL HOROWITT  SBN 100898<br>COLEMAN & HOROWITT<br>499 W. SHAW AVENUE<br>SUITE 116<br>FRESNO CA 93704<br>559-248-4820<br>ATTORNEY FOR PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| **District Court**<br>Northern District, San Jose<br>280 S First St #2112<br>San Jose CA 95113 | |

| PLAINTIFF/PETITIONER: | SUSAN SANDELMAN, AS TRUSTEE | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | B&B PROPERTY MANAGEMENT, LLC | C0800681HRL |

| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>1061.06 |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

SUMMONS AND COMPLAINT
BLANK NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS
INSTRUCTIONS FOR COMPLETION OF ADR FORMS
BLANK ADR CERTIFICATION AND STIPULATION
NOTICE OF NEED FOR ADR PHONE ONFERENCE
AND ORDER OF THE CHIEF JUDGE
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLI
STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES
BLANK CONSENT AND DECLINATION FORMS TO PROCEED BEFORE A MAGISTI
STANDING ORDERS RE CONTENTS OF JOINT CASE MANAGEMENT STATEMEN
FILING GUIDELINES
GENERAL ORDER NO. 40
ECF REGISTRATION INFORMATION HANDOUT
GENERAL ORDERS NO. 45 AND 53

3a. Party served:

B&B PROPERTY MANAGEMENT, LLC,
DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
OR ANY OTHER AUTHORIZED REPRESENTATIVE

4. Address where party was served:

4695 STEVENS CREEK BLVD.
SANTA CLARA CA 95051

5. I served the party
   b. By substituted service. On: 02/08/08 at: 3:45 PM  I left the documents listed in item 2

CONTINUED ON THE NEXT PAGE

| PLAINTIFF/PETITIONER: | SUSAN SANDELMAN, AS TRUSTEE | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | B&B PROPERTY MANAGEMENT,LLC | C0800681HRL |

with or in the presence of:

SALES REPRESENTATIVE

JOHN DOE

(1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

d. On behalf of:

B&B PROPERTY MANAGEMENT, LLC,
DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
OR ANY OTHER AUTHORIZED REPRESENTATIVE

under the following Code of Civil Procedure section:

416.40 (association or partnership)

7.   Person who served papers
a. Name:  DAVID LANTZ
b. Address:  1199 MONTEREY PASS RD  MONTEREY PARK, CA 91754
c. Telephone Number:  323-526-7300
d. The fee for service was: $181.67
e. I am:
(3) [ X ] registered California process server:
(i) [ X ]  Independent contractor
(ii) Registration No.: 1124    Expires: 02-04-09
(iii) County:  SANTA CLARA

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

02/11/08

DAVID LANTZ

RAPID LEGAL INC, LOS ANGELES CO. REG # 1107. EXPIRES 02-27-09

Form Adopted for Mandatory Use.
Judicial Council of California F05-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 605691

| ATTORNEY OR PARTY WITHOUT ATTORNEY  (Name and Address)<br>DARRYL HOROWITT   SBN 100898<br>COLEMAN & HOROWITT<br>499 W. SHAW AVENUE<br>SUITE 116<br>FRESNO CA 93704 | TELEPHONE NUMBER<br><br>559-248-4820<br><br>Ref. No. or File No.<br>1061.06 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:

SUSAN SANDELMAN, AS TRUSTEE v B&B PROPERTY MANAGEMENT, LLC

| INVOICE NO.<br>605691 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0800681HRL |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 02/11/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

SUMMONS AND COMPLAINT
BLANK NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS
INSTRUCTIONS FOR COMPLETION OF ADR FORMS
BLANK ADR CERTIFICATION AND STIPULATION
NOTICE OF NEED FOR ADR PHONE ONFERENCE
AND ORDER OF THE CHIEF JUDGE
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES
BLANK CONSENT AND DECLINATION FORMS TO PROCEED BEFORE A MAGISTRATE
STANDING ORDERS RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT AND CAS
FILING GUIDELINES
GENERAL ORDER NO. 40
ECF REGISTRATION INFORMATION HANDOUT
GENERAL ORDERS NO. 45 AND 53

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   SAN JOSE        , CALIFORNIA,  ADDRESSED AS FOLLOWS:

B&B PROPERTY MANAGEMENT, LLC,
DBA BELLACH'S LEATHER FOR LIVING, BY SERVING JEROME BELLACH
OR ANY OTHER AUTHORIZED REPRESENTATIVE

| RAPID LEGAL INC<br>1199 MONTEREY PASS RD<br>MONTEREY PARK, CA 91754<br>323-526-7300 FAX 323-526-7377 | d.  Registered California process server<br>(1) [ X ] Employee or [   ] Independent Contractor<br>(2) Registration No. 1127<br>(3) County: SANTA CLARA<br>(4) Expiration: |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/11/08

>          CONTINUED ON THE NEXT PAGE
SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DARRYL HOROWITT  SBN 100898 | | |
| COLEMAN & HOROWITT | 559-248-4820 | |
| 499 W. SHAW AVENUE | | |
| SUITE 116 | Ref. No. or File No. | |
| FRESNO CA 93704 | 1061.06 | |
| ATTORNEY FOR  PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:

SUSAN SANDELMAN,AS TRUSTEE v B&B PROPERTY MANAGEMENT,LLC

| INVOICE NO. | DATE: | TIME: | DEF./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 605691 | | | | C0800681HRL |

4695 STEVENS CREEK BLVD.
SANTA CLARA CA 95051


DECLARANT: KATHYRN PAZ


RAPID LEGAL INC                     d.  Registered California process server
1199 MONTEREY PASS RD               (1) [  ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1127
323-526-7300 FAX 323-526-7377       (3) County: SANTA CLARA
                                    (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 02/11/08                          >
                                    SIGNATURE    X

PlnDue, DsclsDue

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
## Bankruptcy Petition #: 08-10362

*Assigned to:* Judge Alan Jaroslovsky
Chapter 11
Voluntary
Asset

*Date Filed:* 03/03/2008

| | |
|---|---|
| *Debtor*<br>**Bellach's Leather For Living, Inc.**<br>P.O. Box 1336<br>Belvedere, CA 94920<br>Tax id: 94-2456431<br>*aka*<br>**Bellach's Leather Furniture** | represented by **David N. Chandler**<br>Law Offices of David N.<br>Chandler<br>1747 4th St.<br>Santa Rosa, CA 95404<br>(707) 528-4331<br>Email:<br>DChandler1747@yahoo.com |
| *Responsible Ind*<br>**Jerome Bellach**<br>6815 Redwood Dr.<br>Cotati, CA 94931 | |
| *U.S. Trustee*<br>**Office of the U.S. Trustee / SR**<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104 | represented by **James A. Shepherd**<br>U.S. Trustee Office<br>235 Pine St. #700<br>San Francisco, CA 94104<br>(415)705-3340<br>Email:<br>james.a.shepherd@usdoj.gov |
| *Creditor Committee*<br>**Official Creditors' Committee**<br>Stuppi & Stuppi<br>1630 N. Main St. #332<br>Walnut Creek, CA 94596<br>United States<br>415-786-4365 | represented by **Sarah M. Stuppi**<br>Law Offices of Stuppi and<br>Stuppi<br>1630 North Main St. #332<br>Walnut Creek, CA 94596<br>(415) 786-4365<br>Email: sarah@stuppilaw.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | Chapter 11 Voluntary Petition, Fee Amount $1039, Filed by Bellach's Leather For Living, Inc.. Order Meeting of Creditors due by 3/10/2008. (Chandler, David) (Entered: 03/03/2008) |
| | | |

**EXHIBIT B**

| | | |
|---|---|---|
| 03/03/2008 | | Receipt of filing fee for Voluntary Petition (Chapter 11)(08-10362) [misc,volp11] (1039.00). Receipt number 5183574, amount $1039.00 (U.S. Treasury) (Entered: 03/03/2008) |
| 03/03/2008 | | First Meeting of Creditors with 341(a) meeting to be held on 04/04/2008 at 02:00 PM at Santa Rosa U.S. Trustee Office. Proof of Claim due by 07/03/2008. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 2 | Creditor Matrix Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 3 | List of 20 Largest Unsecured Creditors Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 4 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 20,000.00 Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 5 | List of Equity Security Holders Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 6 | Motion to Use Cash Collateral *(w/proof of service)* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 7 | Notice of Hearing *(w/proof of service)* (RE: related document(s)6 Motion to Use Cash Collateral *(w/proof of service)* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David)). Hearing scheduled for 3/7/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 8 | Motion *For Order Authorizing Sale Of Inventory By Special Sales Event* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/03/2008 | 9 | Notice of Hearing *On Motion For Order Authorizing Sale Of Inventory By Special Sales Event (w/proof of service)* (RE: related document(s)8 Motion *For Order Authorizing Sale Of Inventory By Special Sales Event* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David)). Hearing scheduled for 3/7/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/03/2008) |
| 03/04/2008 | 10 | Corporate Disclosure Statement Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/04/2008) |
| | | |

| 03/04/2008 | 11 | Application to Designate Jerome Bellach as Responsible Individual Filed by Debtor Bellach's Leather For Living, Inc. (ds, ) (Entered: 03/04/2008) |
|---|---|---|
| 03/04/2008 | 12 | Order Granting Application to Designate Responsible Individual Jerome Bellach (Related Doc # 11) (ds, ) (Entered: 03/04/2008) |
| 03/04/2008 | 13 | Ex Parte Motion for Order Shortening Time and Declaration of David N. Chandler (RE: related document(s)6 Motion to Use Cash Collateral filed by Debtor Bellach's Leather For Living, Inc., 8 Motion For Order Authorizing Sale Of Inventory By Special Sales Event filed by Debtor Bellach's Leather For Living, Inc.). Filed by Debtor Bellach's Leather For Living, Inc. (ds, ) (Entered: 03/04/2008) |
| 03/04/2008 | 14 | Order Granting Ex Parte Motion for Order Shortening Time (RE: related document(s)6 Motion to Use Cash Collateral filed by Debtor Bellach's Leather For Living, Inc., 8 Motion For Order Authorizing Sale Of Inventory By Special Sales Event filed by Debtor Bellach's Leather For Living, Inc.). (Related Doc # 13) (ds, ) (Entered: 03/04/2008) |
| 03/05/2008 | 15 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (ds, ) Please refer to docket entry #17 for PDF of notice. Modified on 3/5/2008 (kl, ). (Entered: 03/05/2008) |
| 03/05/2008 | 16 | Creditor Matrix *(Amendment to)* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/05/2008) |
| 03/05/2008 | 17 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (kl, ) (Entered: 03/05/2008) |
| 03/06/2008 | 18 | Unsecured Creditors Committee Acceptance or Rejection Form (ds, ) (Entered: 03/06/2008) |
| 03/06/2008 | 19 | Application to Employ David N. Chandler as Debtor's Attorney Under General Retainer and Affidavit of Proposed Attorney to be Employed Under General Retainer Filed by Debtor Bellach's Leather For Living, Inc. (ds, ) (Entered: 03/06/2008) |
| 03/06/2008 | 20 | Order Granting Application to Employ David N. Chandler as Debtor's Attorney Under General Retainer (Related Doc # 19) (ds, ) (Entered: 03/06/2008) |
| 03/06/2008 | 21 | Objection *Acting United States Trustee's Preliminary Objection To Debtor's Motion For Order Authorizing Liquidation Sale* (RE: related document(s)8 Motion Miscellaneous Relief). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration of Trial |

| | | |
|---|---|---|
| | | Attorney# 2 Certificate of Service) (Shepherd, James) (Entered: 03/06/2008) |
| 03/06/2008 | 22 | Corrected Certificate of Service *Acting United States Trustee's Preliminary Objection To Debtor's Motion For Order Authorizing Liquidation Sale (Corrected to include attahced list of 20 largerst creditors)* (RE: related document(s)21 Objection, ). (Shepherd, James) (Entered: 03/06/2008) |
| 03/07/2008 | | Hearing Continued (RE: related document(s)8 Motion *For Order Authorizing Sale Of Inventory By Special Sales Event*). Hearing to be held on 3/14/2008 at 9:00 AM Santa Rosa Courtroom - Jaroslovsky for 8, (Appearances: David Chandler, James Shepherd, Laurel Costen (telephonic)) (ds, ) (Entered: 03/07/2008) |
| 03/07/2008 | | Hearing Held (RE: related document(s)6 Motion to Use Cash Collateral *(w/proof of service)*). (After hearing, motion approved as modified on an interim basis. Appearances: David Chandler, James Shepherd, Laurel Costen (telephonic)) (ds, ) (Entered: 03/07/2008) |
| 03/07/2008 | 23 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)17 Generate 341 Notices). Service Date 03/07/2008. (Admin.) (Entered: 03/07/2008) |
| 03/08/2008 | 24 | BNC Certificate of Mailing - Unsecured Creditors' Comm Acc/Rej Form. (RE: related document(s)18 Unsecured Creditors Committee Acc/Rej Form). Service Date 03/08/2008. (Admin.) (Entered: 03/08/2008) |
| 03/11/2008 | 25 | Adversary case 08-01031. 71 (Injunctive relief - reinstatement of stay), 91 (Declaratory judgment) Complaint by Bellach's Leather For Living, Inc. against Susan Sandelman. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be issued) (Chandler, David) (Entered: 03/11/2008) |
| 03/11/2008 | 26 | Request for Notice Filed by Interested Party John Vos (Vos, John) (Entered: 03/11/2008) |
| 03/12/2008 | 27 | Request for Notice Filed by Creditor Bank of Marin (Attachments: # 1 Certificate of Service) (Scheer, Spencer) (Entered: 03/12/2008) |
| 03/13/2008 | 28 | Statement of Limited Support for Debtor's Motion for Order Authorizing Special Sales Event (RE: related document(s)8 Motion Miscellaneous Relief). Filed by Creditor Five Star Plaza 06 A LLC (Attachments: # 1 Declaration of David Creegan in Support# 2 Certificate of Service) (Wang, Phillip) (Entered: 03/13/2008) |
| | | |

| 03/13/2008 | 29 | Order Authorizing Temporary Use of Cash Collateral. (Related Doc # 6) (kl, ) (Entered: 03/14/2008) |
|---|---|---|
| 03/14/2008 | | Hearing Held (RE: related document(s)8 Motion *For Order Authorizing Sale Of Inventory By Special Sales Event*). (After hearing, motion denied. Appearances: Jim Shepherd, David Chandler, Phillip Wang [telephone]) (ds, ) (Entered: 03/14/2008) |
| 03/17/2008 | 30 | Motion to Appoint Trustee *Or Alternatively, Convert Case to Chapter 7* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 03/17/2008) |
| 03/17/2008 | 31 | Memorandum of Points and Authorities in Support of (RE: related document(s)30 Motion to Appoint Trustee). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Declaration of Trial Attorney in Support, With Exhibits) (Shepherd, James) (Entered: 03/17/2008) |
| 03/18/2008 | 32 | Ex Parte Motion to Shorten Time *for Notice of Hearing on U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or Alternatively to Convert Case to Chapter 7*. (RE: related document(s)30 Motion to Appoint Trustee filed by U.S. Trustee Office of the U.S. Trustee / SR). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 03/18/2008) |
| 03/18/2008 | 33 | Order Granting Motion to Shorten Time For Notice of Hearing on U.S. Trustee's Motion to Appoint a Chapter 11 Trustee, or Alternatively, to Convert Case to Chapter 7 (Related Doc # 32) (ds, ) (Entered: 03/18/2008) |
| 03/18/2008 | 34 | Order To Set Hearing (RE: related document(s)30 Motion to Appoint a Chapter 11 Trustee, or Alternatively, to Convert Case to Chapter 7 filed by U.S. Trustee Office of the U.S. Trustee / SR). Hearing scheduled for 3/28/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 03/18/2008) |
| 03/18/2008 | 35 | Notice of Hearing *on U.S. Trustee's Motion to Appoint Chapter 11 Trustee, or Alternatively to Convert Case to Chapter 7*. (RE: related document(s)30 Motion to Appoint Trustee *Or Alternatively, Convert Case to Chapter 7* Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James)). Hearing scheduled for 3/28/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 03/18/2008) |
| 03/18/2008 | 36 | Certificate of Service (RE: related document(s)30 Motion to Appoint Trustee, 32 Motion to Shorten Time,, 35 Notice of Hearing,, 33 Order on Motion to Shorten Time, 31 Memo of Points & Authorities, ). |

| | | |
|---|---|---|
| | | (Shepherd, James) (Entered: 03/18/2008) |
| 03/18/2008 | 37 | Ex Parte Application to Employ Hoyt Highfill and Associates as Liquidator ; *Affidavit of Proposed Liquidator* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/18/2008) |
| 03/20/2008 | 39 | Ex Parte Motion for Order Setting Motion to Qualify Hoyt Highfill and Associates for Hearing and Declaration of David N. Chandler Filed by Debtor Bellach's Leather For Living, Inc. (ds, ) (Entered: 03/20/2008) |
| 03/20/2008 | 40 | Order Granting Ex Parte Motion for Order Setting Motion to Qualify Hoyt Highfill and Associates for Hearing (Related Doc # 39) (ds, ) (Entered: 03/20/2008) |
| 03/20/2008 | | Hearing Set On (RE: related document(s)39 Motion to Qualify Hoyt Highfill and Associates). Hearing scheduled for 3/21/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 03/20/2008) |
| 03/20/2008 | 41 | Objection (RE: related document(s)37 Application to Employ, 39 Motion Miscellaneous Relief). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) (Entered: 03/20/2008) |
| 03/21/2008 | 42 | Certificate of Service (RE: related document(s)41 Objection). (Shepherd, James) (Entered: 03/21/2008) |
| 03/21/2008 | 43 | Memorandum on Application to Employ Liquidator. (dp) (Entered: 03/21/2008) |
| 03/21/2008 | 44 | Brief/Memorandum in Opposition to (RE: related document(s)30 Motion to Appoint Trustee). Filed by Creditor Marquis Collection (MacConaghy, John) (Entered: 03/21/2008) |
| 03/21/2008 | | Hearing Held (RE: related document(s)39 Ex Parte Motion for Order Setting Motion to Qualify Hoyt Highfill and Associates for Hearing Filed by Debtor Bellach's Leather For Living, Inc. (After Hearin Matter submitted - Judge Jaroslovsky to prepare written decision by March 24, 2008) (Jerome Bellach - sworn) (Appearances: David Chandler and Jim Shepherd) (ta, ) (Entered: 03/23/2008) |
| 03/24/2008 | 45 | Ex Parte Motion to Reconsider *Memorandum; Declarations Of Jerome Bellach And David N. Chandler* (RE: related document(s)43 Memorandum Decision). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/24/2008) |
| | | |

| 03/25/2008 | | Hearing Held Re: Ex Parte Motion for Order Reconsidering Memorandum of Decision Filed 3/21/08. (After hearing, motion granted with conditions. Court to revise debtor's proposed order. Appearances: David Chandler, James Shepherd [telephone]) (ds, ) (Entered: 03/25/2008) |
| --- | --- | --- |
| 03/25/2008 | 46 | Ex Parte Motion to Reconsider Memorandum; Declarations of Jerome Bellach and David N. Chandler; Order. (Related Doc # 45) (kl, ) (Entered: 03/25/2008) |
| 03/25/2008 | 47 | Order Granting Application to Employ Hoyt Highfill and Associates, as Liquidator. (Please see page six of document for Order on employment of Hoyt Highgill and Associates) (Related Doc # 37) (kl, ) (Entered: 03/25/2008) |
| 03/26/2008 | 48 | Chapter 11 Status Conference Order and Notice of Possible Conversion or Dismissal. Status Conference to be held on 4/25/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 03/26/2008) |
| 03/26/2008 | 49 | Request for Notice Filed by Creditor Five Star Plaza 06 A LLC (Attachments: # 1 Certificate of Service) (Cawdrey, Jeffrey) (Entered: 03/26/2008) |
| 03/26/2008 | 50 | Notice of Appointment of Creditors' Committee *Appointment Of Offical Committee Of Unsecured Creditors*. (Shepherd, James) (Entered: 03/26/2008) |
| 03/26/2008 | 51 | Certificate of Service (RE: related document(s)50 Notice of Appointment of Creditors' Committee). (Shepherd, James) (Entered: 03/26/2008) |
| 03/27/2008 | 52 | Joinder *Five Star Plaza 06 A LLC's Joinder in Opposition Filed by Creditor Marquis Collection* (RE: related document(s)44 Opposition Brief/Memorandum). Filed by Creditor Five Star Plaza 06 A LLC (Cawdrey, Jeffrey) [With Certificate of Service] Modified on 3/28/2008 (ds, ). (Entered: 03/27/2008) |
| 03/27/2008 | 53 | Declaration of Michael Reynolds (RE: related document(s)30 Motion to Appoint Trustee). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/27/2008) |
| 03/27/2008 | 54 | Notice of Appointment of Creditors' Committee *Amended Appointment Of Official Creditors Committee Of Unsecured Creditors ( Adding Young Broadcasting Of SF., dba KRON TV).* (Shepherd, James) (Entered: 03/27/2008) |

| | | |
|---|---|---|
| 03/27/2008 | 55 | Certificate of Service *Amended Appointment Of Offical Creditors Committee ( Amended to include Young Bradcasting of SF, Inc., dba KRON TV)* (RE: related document(s)54 Notice of Appointment of Creditors' Committee). (Shepherd, James) (Entered: 03/27/2008) |
| 03/27/2008 | 56 | Declaration of Jim Hyatt (RE: related document(s)30 Motion to Appoint Trustee). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/27/2008) |
| 03/27/2008 | 57 | Declaration of Raymond Curry (RE: related document(s)30 Motion to Appoint Trustee). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/27/2008) |
| 03/27/2008 | 58 | Declaration of Kim Voy (RE: related document(s)30 Motion to Appoint Trustee). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/27/2008) |
| 03/27/2008 | 59 | Objection *Debtor's Opposition To Motion To Convert Or Appoint Trustee* (RE: related document(s)30 Motion to Appoint Trustee). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/27/2008) |
| 03/28/2008 | 60 | Declaration of Trial Attorney (Supplemental) in Support of (RE: related document(s)30 Motion to Appoint Trustee). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Attachments: # 1 Exhibit Customer Correspondence) (Shepherd, James) (Entered: 03/28/2008) |
| 03/28/2008 | 61 | Supplemental Declaration of Trial Attorney in Support of *U. S. Trustee's Motion To Appoint A Chapter 7 Trustee Or Convert Case To Chapter 7* (RE: related document(s)30 Motion to Appoint Trustee). Filed by U.S. Trustee Office of the U.S. Trustee / SR (Shepherd, James) Modified on 4/1/2008 [Document is a duplicate of document #60.](ds, ). (Entered: 03/28/2008) |
| 03/28/2008 | 62 | Certificate of Service *Supplimental Declaration Of Trial Attorney In Support Of U.S. Trustee's Motion To Appoint Chapter 11 Trustee Or Convert Case To Chapter 7* (RE: related document(s)61 Declaration, ). (Shepherd, James) (Entered: 03/28/2008) |
| 03/28/2008 | 63 | Amended Schedule D Schedule E *(w/proof of service on Schedule D)*. Fee Amount $26. Filed by Debtor Bellach's Leather For Living, Inc. (Attachments: # 1 Amendment To Schedule E) (Chandler, David) (Entered: 03/28/2008) |
| 03/28/2008 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(08-10362) [misc,amdsch] ( 26.00). Receipt number 5288868, amount $ 26.00 (U.S. Treasury) (Entered: 03/28/2008) |

| | | |
|---|---|---|
| 03/28/2008 | 64 | Amendment to List of Creditors . Fee Amount $26 Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 03/28/2008) |
| 03/28/2008 | | Receipt of filing fee for Amended Creditor Matrix (Fee)(08-10362) [misc,amdcm] ( 26.00). Receipt number 5290053, amount $ 26.00 (U.S. Treasury) (Entered: 03/28/2008) |
| 03/28/2008 | 65 | Certificate of Service (RE: related document(s)17 Generate 341 Notices). (Chandler, David) (Entered: 03/28/2008) |
| 03/28/2008 | | Hearing Continued (RE: related document(s)30 Motion to Appoint Trustee Or Alternatively, Convert Case to Chapter 7 Filed by U.S. Trustee ; Hearing to be held on 4/11/2008 at 9:00 AM Santa Rosa Courtroom (Appearances: Jim Shepherd, John MacConaghy, David Chandler, Sarah Stuppi and by telephone: Jason Lurie and Jeffrey Cawdrey) (ta, ) Modified on 3/28/2008 (ta, ). (Entered: 03/28/2008) |
| 04/02/2008 | 66 | Objection *Conditional Objection to Motion to Use Cash Collateral and Demand for Adequate Protection* (RE: related document(s)6 Motion to Use Cash Collateral). Filed by Creditor Marquis Collection (MacConaghy, John) (Entered: 04/02/2008) |
| 04/04/2008 | 67 | Amended Statement of Financial Affairs Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/04/2008) |
| 04/04/2008 | | Hearing Held (RE: related document(s)6 Motion to Use Cash Collateral Filed by Debtor Bellach's Leather For Living, Inc. (After Hearing; Approved. No payment to Bellach's without creditors committee agreement or Judge's order. Also anyones rights re: consignment) (Appearances: John MacConaghy, Sarah Stuppi and David Chandler) (ta, ) (Entered: 04/04/2008) |
| 04/04/2008 | 68 | Amended Schedule F . Fee Amount $26. Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/04/2008) |
| 04/04/2008 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(08-10362) [misc,amdsch] ( 26.00). Receipt number 5317919, amount $ 26.00 (U.S. Treasury) (Entered: 04/04/2008) |
| 04/08/2008 | | Meeting of Creditors Held,Tape Counter: 2 *Section 341 Meeting of Creditors Was Held And Concluded On April 4, 2008* ((RE: related document(s) Meeting (AutoAssign Chapter 11b)). (Shepherd, James) (Entered: 04/08/2008) |
| 04/08/2008 | 69 | Application for Order Limiting Mailing of the Chapter 11 Status Conference Statement Filed by Debtor Bellach's Leather For Living, |

| | | Inc. (ds, ) (Entered: 04/08/2008) |
|---|---|---|
| 04/08/2008 | 70 | Order Granting Application Limiting Mailing of the Chapter 11 Status Conference Statement (Related Doc # 69) (Mailing limited to the U. S. Trustee, the Creditors Committee and parties requesting special notice.) (ds, ) (Entered: 04/08/2008) |
| 04/08/2008 | 71 | Status Conference Statement *(w/proof of service)* (RE: related document(s)48 Order for Status Conference). Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/08/2008) |
| 04/08/2008 | 72 | Motion *For Order Authorizing Post Petition Financing; Declaration Of Jerome Bellach; Memorandum Of Points And Authorities* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/08/2008) |
| 04/08/2008 | 73 | Notice of Hearing *On Motion For Order Authorizing Post-Petition Financing (w/proof of service)* (RE: related document(s)72 Motion *For Order Authorizing Post Petition Financing; Declaration Of Jerome Bellach; Memorandum Of Points And Authorities* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David)). Hearing scheduled for 4/18/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/08/2008) |
| 04/08/2008 | 74 | Motion *For Order Authorizing Debtor To Honor Pre-Petition Customer Deposits; Declaration Of Jerome Bellach; Memorandum Of Points And Authorities* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/08/2008) |
| 04/08/2008 | 75 | Notice of Hearing *On Motion For Debtor To Honor Pre-Petition Customer Deposits (w/proof of service)* (RE: related document(s)74 Motion *For Order Authorizing Debtor To Honor Pre-Petition Customer Deposits; Declaration Of Jerome Bellach; Memorandum Of Points And Authorities* Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David)). Hearing scheduled for 4/18/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Debtor Bellach's Leather For Living, Inc. (Chandler, David) (Entered: 04/08/2008) |
| 04/09/2008 | 76 | Ex Parte Motion for Order Shortening Time (RE: related document(s) 74 Motion For Order Authorizing Debtor To Honor Pre-Petition Customer Deposits filed by Debtor Bellach's Leather For Living, Inc.) Filed by Debtor Bellach's Leather For Living, Inc. (ka) (Entered: 04/09/2008) |
| 04/09/2008 | 77 | Order Granting Ex Parte Motion for Order Shortening Time (Related |

| | | |
|---|---|---|
| | | Doc # 76). (ka) (Entered: 04/09/2008) |
| 04/09/2008 | 78 | Ex Parte Motion for Order Shortening Time (RE: related document(s) 72 Motion For Order Authorizing Post Petition Financing) Filed by Debtor Bellach's Leather For Living, Inc. (ka). (Court staff corrected link to document #72). Modified on 4/9/2008 (ka). (Entered: 04/09/2008) |
| 04/09/2008 | 79 | Order Granting Ex Parte Motion for Order Shortening Time (Related Doc # 78). (ka) (Entered: 04/09/2008) |
| 04/09/2008 | 80 | Request for Notice Filed by Interested Party Sandelman, Trustee of the Esan Trust (Anderson, Bonnie) (Entered: 04/09/2008) |
| 04/09/2008 | 81 | Certificate of Service (Anderson, Bonnie) (Registered Participant did not link document. Court staff has created link to document #80.) Modified on 4/14/2008 (ds, ). (Entered: 04/09/2008) |
| 04/09/2008 | 82 | Application to Employ Stuppi & Stuppi as Co-Counsel *to the Official Creditors' Committee* Filed by Creditor Committee Official Creditors' Committee (Stuppi, Sarah) (Entered: 04/09/2008) |
| 04/09/2008 | 83 | Declaration of Sarah M. Stuppi in in Support of (RE: related document(s)82 Application to Employ). Filed by Creditor Committee Official Creditors' Committee (Stuppi, Sarah) (Entered: 04/09/2008) |
| 04/09/2008 | 84 | Application to Employ Platzer, Swergold, Karlin, et al. as Co-Counsel *to the Official Creditors' Committee* Filed by Creditor Committee Official Creditors' Committee (Stuppi, Sarah) (Document does not comply with the court's signature requirement.) Modified on 4/14/2008 (ds, ). (Entered: 04/09/2008) |
| 04/09/2008 | 85 | Declaration of Clifford A. Katz in In Support of (RE: related document(s)84 Application to Employ). Filed by Creditor Committee Official Creditors' Committee (Stuppi, Sarah) (Registered Participant used the wrong event code. The correct event code is Affidavit.) Modified on 4/14/2008 (ds, ). (Entered: 04/09/2008) |
| 04/10/2008 | 86 | Certificate of Service (RE: related document(s)82 Application to Employ, 84 Application to Employ). (Stuppi, Sarah) (Entered: 04/10/2008) |
| 04/10/2008 | 87 | Response to *Debtor's Status Conference Statement* (RE: related document(s)71 Status Conference Statement). Filed by Creditor Five Star Plaza 06 A LLC (Cawdrey, Jeffrey) (Entered: 04/10/2008) |
| 04/10/2008 | 90 | Motion to Compel Payment of Post-Petition Rent and Compel |

| | | |
|---|---|---|
| | | Debtor's Payment of Landlord's Attorney's Fees. Filed by Creditor Delta Bingham Joint Venture, L.P. (ds, ) (Entered: 04/15/2008) |
| 04/10/2008 | 91 | Notice of Hearing (RE: related document(s)90 Motion to Compel Payment of Post-Petition Rent and Compel Debtor's Payment of Landlord's Attorney's Fees. Filed by Creditor Delta Bingham Joint Venture, L.P. (ds, )). Hearing scheduled for 5/9/2008 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Creditor Delta Bingham Joint Venture, L.P. (ds, ) (Entered: 04/15/2008) |
| 04/10/2008 | 92 | Memorandum of Points and Authorities in Support of (RE: related document(s)90 Motion to Compel Payment of Post-Petition Rent and Compel Debtor's Payment of Landlord's Attorney's Fees. ). Filed by Creditor Delta Bingham Joint Venture, L.P. (ds, ) (Entered: 04/15/2008) |
| 04/10/2008 | 93 | Declaration of Jason F. Lurie in Support of (RE: related document(s) 90 Motion to Compel Payment of Post-Petition Rent and Compel Debtor's Payment of Landlord's Attorney's Fees. ). Filed by Creditor Delta Bingham Joint Venture, L.P. (Attachments: # 1 Exhibit A) (ds, ) (Entered: 04/15/2008) |
| 04/10/2008 | 94 | Declaration of Kelly E. Dossa in Support of (RE: related document(s) 90 Motion to Compel Payment of Post-Petition Rent and Compel Debtor's Payment of Landlord's Attorney's Fees. ). Filed by Creditor Delta Bingham Joint Venture, L.P. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B) (ds, ) (Entered: 04/15/2008) |
| 04/10/2008 | 95 | Certificate of Service and Proposed Order (RE: related document(s) 91 Notice of Hearing, 90 Motion to Compel, 94 Declaration, 92 Memo of Points & Authorities, 93 Declaration). Filed by Creditor Delta Bingham Joint Venture, L.P. (Attachments: # 1 Proposed Order) (ds, ) (Entered: 04/15/2008) |
| 04/11/2008 | 88 | Amended Notice of Appearance and Request for Notice by Bonnie J. Anderson. Filed by Interested Party Sandelman, Trustee of the Esan Trust (Anderson, Bonnie) (Entered: 04/11/2008) |
| 04/11/2008 | 89 | Amended Certificate of Service (RE: related document(s)88 Notice of Appearance and Request for Notice). (Anderson, Bonnie) (Entered: 04/11/2008) |
| 04/11/2008 | | Hearing Continued (RE: related document(s)30 Motion to Appoint Trustee Or Alternatively, Convert Case to Chapter 7 Filed by U.S. Trustee Hearing to be held on 4/18/2008 at 9:00 AM Santa Rosa Courtroom (Appearances: David Chandler, Sarah Stuppi and Jim Shepherd) (ta, ) (Entered: 04/15/2008) |
| | | |

| 04/14/2008 | 96 | Assignment of Claim. (#65). Transferor: Soft Line Calia America, LLC (Claim No. 65) To Euler Hermes ACI . Filed by Creditor Euler Hermes ACI . (ds, ) (Entered: 04/16/2008) |
| --- | --- | --- |
| 04/17/2008 | 97 | Objection *to Motion to Honor Pre-Petition Customer Deposits* (RE: related document(s)74 Motion Miscellaneous Relief). Filed by Creditor Committee Official Creditors' Committee (Stuppi, Sarah) (Entered: 04/17/2008) |
| 04/17/2008 | 98 | Certificate of Service (RE: related document(s)97 Objection). (Stuppi, Sarah) (Entered: 04/17/2008) |
| 04/18/2008 |  | Hearing Held (RE: related document(s)72 Motion For Order Authorizing Post Petition Financing Filed by Debtor Bellach's Leather For Living, Inc. (After Hearing; Motion granted) (Appearances: David Chandler, Craig Stuppi, Jim Shepherd, Duane Geck and by telephone: Bonnie Anderson) (ta, ) (Entered: 04/18/2008) |
| 04/18/2008 |  | Hearing Held (RE: related document(s)74 Motion For Order Authorizing Debtor To Honor Pre-Petition Customer Deposits Filed by Debtor Bellach's Leather For Living, Inc. (After Hearing; Motion granted) (Appearances: David Chandler, Craig Stuppi, Jim Shepherd, Duane Geck and by telephone: Bonnie Anderson) (ta, ) (Entered: 04/18/2008) |
| 04/18/2008 |  | Hearing Continued (RE: related document(s)30 Motion to Appoint Trustee Or Alternatively, Convert Case to Chapter 7 Filed by U.S. Trustee; Evidentiary Hearing to be held on 6/9/2008 at 9:00 AM Santa Rosa Courtroom OST to 5 days for both sides to notice depositions; Direct testimony of UST filed in declaration form 10 days before hearing and responsive declarations from debtors 3 days before hearing) (Appearances: David Chandler, Craig Stuppi, Jim Shepherd, Duane Geck and by telephone: Bonnie Anderson) (ta, ) (Entered: 04/18/2008) |
| 04/18/2008 | 99 | BNC Certificate of Mailing (RE: related document(s)96 Transfer of Claim). Service Date 04/18/2008. (Admin.) (Entered: 04/18/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 04/22/2008 16:28:25 | | |
| PACER | | Client |

| Login: | ch0217 | Code: | 1061.06 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 08-10362 Fil or Ent: filed From: 2/22/2008 To: 4/22/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 8 | Cost: | 0.64 |

Entered on Docket
March 12, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  David N. Chandler, Sr.  SBN 60780
   David N. Chandler, Jr.  SBN 235427
2  DAVID N. CHANDLER, P.C.
   1747 Fourth Street
3  Santa Rosa, CA  95404
   Telephone: (707) 528-4331
4
   Attorneys for Debtor
5

6              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
7

8  IN RE:                      CASE No. 08-10362

9                              CHAPTER 11
   BELLACH'S LEATHER FOR
10 LIVING, INC.,

11 _____Debtor._____/

12 BELLACH'S LEATHER FOR       A.P. No. 08-1031
   LIVING, INC.,
13
       Plaintiff,
14
   v.
15
   SUSAN SANDELMAN, Trustee
16 of the Esan Trust            ORDER TO SHOW CAUSE RE
                                PRELIMINARY INJUNCTION; AND
17 _____Defendant._____/    TEMPORARY RESTRAINING ORDER

18 TO:  SUSAN SANDELMAN, Trustee of the Esan Trust:

19     YOU, AND EACH OF YOU, ARE HEREBY ORDERED to appear before the

20 above entitled Court located at 99 South E Street, Santa Rosa,

21 California on March 21, 2008, at the hour of 10:00 a.m. to show

22 cause, if any you have, why a preliminary injunction should not

23 be entered enjoining you, and each of you, your agents, employees

24 and representatives from foreclosing on the leasehold of B & B

25 Management, LLC and/or terminating the Sub-Lease of Debtor pending

26 trial in the within Adversary Proceeding and/or hearing on an

27 Order to Show Cause Re:  Contempt.

28     YOU, AND EACH OF YOU, your agents, employees and

                              1

                                        **EXHIBIT C**

1  representatives are temporarily restrained pending hearing on the
2  within Order to Show Cause from taking any action to foreclose on
3  the leasehold of B & B Management, LLC, from terminating the Sub-
4  Lease of Debtor, and from prosecuting the action pending in United
5  States District Court which is described in Paragraph 7 of the
6  complaint.
7
8  Dated:   March 12, 2008
9
10                               Alan Jaroslovsky
                                 U.S. Bankruptcy Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                  2

## Motions

5:08-cv-00681-HRL Sandelman v. B&B Property Management, LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Horowitt, Darryl entered on 4/4/2008 3:30 PM and filed on 4/4/2008

**Case Name:**       Sandelman v. B&B Property Management, LLC
**Case Number:**     5:08-cv-681
**Filer:**           Susan Sandelman
**Document Number:** 5

**Docket Text:**
**MOTION for Entry of Default filed by Susan Sandelman. Motion Hearing set for 5/13/2008
10:00 AM in Courtroom 2, 5th Floor, San Jose. (Horowitt, Darryl) (Filed on 4/4/2008)**

**5:08-cv-681 Notice has been electronically mailed to:**

Darryl J. Horowitt     dhorowitt@ch-law.com

Christine Jean Levin     clevin@ch-law.com, tbohlander@ch-law.com

**5:08-cv-681 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:                    **EXHIBIT D**

**Document description:**Main Document
**Original filename:**F:\CLIENTS\1061-KinProperties\06B&B\Pldg\Lawsuit\ReqEntDefault.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/4/2008] [FileNumber=4277013-0] [
3bf8f4c1c3653c65bdcc6f2f1c1d0ecf4a45392b424108aa5a849267234d57ec20744e
c52f3081f714f6098fadad8cf369d455cf59429e6c37a7f4386ab4e750]]

1  DARRYL J. HOROWITT #100898
   CHRISTINE J. LEVIN #192181
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Plaintiff,
6  SUSAN SANDELMAN, AS TRUSTEE
   OF THE ESAN TRUST
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  SUSAN SANDELMAN, AS TRUSTEE          NO.    C 08 00681 HRL
    OF THE ESAN TRUST,
12
              Plaintiff,
13
14         v.                           **REQUEST TO ENTER DEFAULT BY**
                                        **CLERK PURSUANT TO F.R.C.P. 55**
    B&B PROPERTY MANAGEMENT, LLC,
15  dba BELLACH'S LEATHER FOR
    LIVING,
16
              Defendant.
17

18

19  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE

20  ATTORNEYS OF RECORD:

21         Plaintiff, SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST (hereinafter

22  "Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter

23  against Defendant, B&B PROPERTY MANAGEMENT, LLC (hereinafter "Defendant"), on the

24  ground that said Defendant has failed to appear or otherwise respond to the complaint within the

25  time prescribed by the Federal Rules of Civil Procedure and as follows:

26         1.    Plaintiff filed its complaint against Defendant for breach of promissory note,

27  money lent, foreclosure of deed of trust, and claim and delivery on January 29, 2008.

28         2.    On February 8, 2008, Plaintiff served the complaint on Defendant, by substituted

                                            1

1  service.

2    3.    A copy of the summons and proof of service was submitted to this court on

3  February 15, 2008.

4    4.    The time for filing an answer or other response as to Defendant expired on

5  March 12, 2008.

6    5.    Defendant has failed to appear or otherwise respond to the complaint within the

7  time prescribed by the Federal Rules of Civil Procedure.

8    6.    Pursuant to Rule 55(a), because Plaintiff has filed a well-pleaded complaint and

9  because Defendant has failed to timely respond, "the clerk shall enter the party's default."

10    7.    Pursuant to Federal Rule of Civil Procedure, Rule 55 (b)(1), the computation of

11  the sum of money owed is easily made as it is contractually based.

12    WHEREFORE, Plaintiff requests the Clerk of the Court enter the default of Defendant

13  B&B PROPERTY MANAGEMENT, LLC.

14                                  Respectfully submitted,

15  Dated:  April 4, 2008           COLEMAN & HOROWITT, LLP

16

17                                  By:_____
                                       DARRYL J. HOROWITT
18                                     Attorneys for Plaintiff,
                                       SUSAN SANDELMAN, AS TRUSTEE
19                                     OF THE ESAN TRUST

20

21  Default entered on (specify date): _____

22

23                                  CLERK OF THE U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
24

25

26                                  By:_____
                                       Deputy Clerk
27

28

2

1

## DECLARATION OF DARRYL J. HOROWITT

2

3    I, DARRYL J. HOROWITT, declare as follows:

4    1.    I am an attorney at law duly licensed to practice before all the courts of the State

5    of California, including the Northern District of California, and am a partner of the law firm of

6    COLEMAN & HOROWITT, LLP, attorneys of record for Plaintiff, SUSAN SANDELMAN, as

7    Trustee of the Esan Trust.

8    2.    I have personal knowledge of the facts contained herein and if called upon as a

9    witness, I could testify competently thereto.

10    3.    This declaration is filed in support of Plaintiff's Request to Enter Default.

11    4.    As of the date of the filing of this request, I have received no response to the

12    complaint from Defendant.

13    I declare under the penalty of perjury under the laws of the United States of America that

14    the foregoing is true and correct.

15    Executed on April 4, 2008, at Fresno, California.

16

17

18    _____

      DARRYL J. HOROWITT

19

20

21

22

23

24

25

26

27

28

3

1          PROOF OF SERVICE

2          I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116,

3    Fresno, California 93704.

4          On April 4, 2008, I served the foregoing document(s) described as **REQUEST TO ENTER DEFAULT BY CLERK PURSUANT TO F.R.C.P. 55 and DECLARATION OF**

5    **DARRYL J. HOROWITT** on the interested parties, addressed as follows:

6    B&B Property Management, LLC                    B&B Management Group, LLC
     4695 Stevens Creek Blvd.                        P.O. Box 1336
7    Santa Clara, CA 95051                           Belvedere, CA 94920

8    B&B Property Management, LLC                    Mikel D. Bryan, Esq.
     P.O. Box 3270                                   Law Office of Mikel D. Bryan
9    San Rafael, CA 94912                            550 Doyle Park Dr.
                                                     Santa Rosa, CA 95405

10

11   [x]   BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a
           sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am
12         "readily familiar" with the firm's practice of collecting and processing correspondence for
           mailing. It is deposited with United States Postal Service on that same day in the
13         ordinary course of business.

14   []    BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original
           thereof enclosed in a sealed envelope for delivery via California Overnight next day
15         delivery to the addressee noted above.

16   []    BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person
           and at the address shown above.
17
     []    BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be
18         electronically transmitted to the parties, by using their facsimile number indicated below.

19         Facsimile No.

20   []    STATE: I declare under penalty of perjury under the laws of the State of California that
           the foregoing is true and correct.
21
     [x]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court
22         at whose direction service was made.

23   Executed on April 4, 2008, at Fresno, California.

24

25                                                   Christine English

26

27

28

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 8, 2008

RE: <u>CV 08-00681 HRL</u>    <u>SUSAN SANDELMAN. ET AL.-v- B&B PROPERTY</u>
<u>MANAGEMENT. LLC. DBA BELLACH&#039;S LEATHER FOR LIVING</u>

Default is entered as to Defendant B&B Property Management, LLC dba Bellach's Leather for
Living on April 8, 2008 .

RICHARD W. WIEKING, Clerk

by <u>Betty Walton</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89

**EXHIBIT E**