# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SUSAN SANDELMAN, AS TRUSTEE
OF THE ESAN TRUST

                  Plaintiff(s),

            v.

B&B PROPERTY MANAGEMENT,
LLC, dba BELLACH'S LEATHER
FOR LIVING

                  Defendant(s).

_____/

Case No. CV 08-00681 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 29, 2008

 

Dated: April 29, 2008

_____
[Party]
SUSAN SANDELMAN, as Trustee
of the Esan Trust

_____
[Counsel]
DARRYL J. HOROWITT

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

I attest that concurrence in the filing of this document has been obtained from Susan Sandelman.

                  DARRYL J. HOROWITT