LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant.<br>_____/ | No. CV 08-00681 HRL<br><br>EX PARTE APPLICATION ON BEHALF OF DEFENDANT B & B MANAGEMENT GROUP, LLC, dba BELLACH'S LEATHER FOR LIVING, erroneously sued herein as B&B Property Management, LLC, dba Bellach's Leather for Living FOR RECONSIDERATION OF THE COURT'S ORDER OF MAY 6, 2008 TAKING SAID DEFENDANT'S MOTION FOR STAY OF PROCEEDINGS OFF CALENDAR and ORDER THEREON<br>Complaint Filed: January 29, 2008<br><br>Assigned Judge: Hon. Howard R. Lloyd |

TO: THE HONORABLE HOWARD R. LLOYD:

    Defendant, B & B Management Group LLC, erroneously sued herein as B&B Property Management, LLC dba Bellach's Leather for Living ("moving party") hereby applies to the Court ex parte for Reconsideration of the Court's Order of May 6, 2008 entered without notice to the moving party, taking the moving party's Motion for Stay of the Proceedings off calendar. The undersigned has advised counsel for the Plaintiff, that this Application was being made and a copy of it has been send electronically to Counsel concurrently with the filing hereof.

    This Application is made on the grounds that the Court has taken the moving party's Motion for Stay off calendar under the mistaken understanding that a default has been properly entered against the moving party. No default has been entered against the moving party. The

1  default entered by the Clerk of the Court was entered against B & B Property Management Group
2  LLC.  There is no such registered entity in the State of California.  Although the moving party
3  was never served in this action, it has voluntarily appeared in the action as the contracting party
4  to the promissory note and security agreement sued upon by the Plaintiff.  The contracting party
5  under both the promissory note and security agreement set forth in the complaint and the
6  attachments thereto, is the moving party,  B & B Management Group LLC, a California limited
7  liability company, **not** B & B Property Management Group, LLC, the party named in the
8  complaint.  The Order entered by the Court was entered without any notice to the moving party
9  or providing the moving party an opportunity to present any opposition that the moving party
10 would have to the proposed action of the Court.

11     Pursuant to the Court's inherent power to reconsider and modify its interlocutory orders
12 prior to entry of any judgment (See Smith v. Massachusetts (2005) 543 U.S. 462, 475, 125 S.Ct.
13 1129, 1139), the moving party respectfully requests that this Court reconsider its Order of May 6,
14 2008, taking the moving party's motion for a stay set for hearing on May 13, 2008 at 10:00 a.m.;
15 and resetting it at the Court's earliest convenience.

Law Offices of Mikel D. Bryan, P.C.

Mikel D. Bryan
Attorney for Moving Party

ORDER

Having considered the Application of the defendant, B & B Management Group LLC for
for Reconsideration of the Court's Order of May 6, 2008 Taking Said Defendant's Motion for
Stay of Proceedings off Calendar and Order Thereon; the Court having reconsidered the Order of
May 6, 2008 and the underlying basis therefor; and good cause appearing,

///

Ex Parte Application and Order Thereon

1     IT IS HEREBY ORDERED that the Motion for Stay of B & B Management Group LLC
2 is stored to the Motion Calendar of _____, 2008 at 10:00, or as soon thereafter as
3 the matter may heard in Courtroom _2_ of the above entitled Court, located at 280 First Street, San
4 Jose, California 95113.

                                                                                    Howard R. Lloyd
                                                                                  United States Magistrate Judge