* E-filed 5/20/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>B&B PROPERTY MANAGEMENT, LLC d/b/a BELLACH'S LEATHER FOR LIVING, <br><br>　　　　Defendant. <br>_____/ | Case No. CV 08-00681 HRL <br><br>**ORDER RE: MOTION FOR RECONSIDERATION** |

ORDER

Having considered the Application of the defendant, B&B Management Group, LLC for Reconsideration of the Court's Order of May 6, 2008 Taking Said Defendant's Motion for Stay of Proceedings off Calendar and Order Thereon;

IT IS HEREBY ORDERED THAT:

the Ex Parte Application is DENIED. *See* Wesley v. Don Stein Buick, Inc, 996 F. Supp 1299, 1311, FN 10. The Motion to Stay and the Case Management Conference will remain off calendar pending resolution of the Entry of Default.

**IT IS SO ORDERED.**

Dated:   5/20/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:08-cv-681 Notice has been electronically mailed to:**

Mikel D. Bryan mikel@mdbryanlaw.com

Darryl J. Horowitt dhorowitt@ch-law.com

Christine Jean Levin clevin@ch-law.com, tbohlander@ch-law.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  5/20/08

                                          /s/ MPK
                                Chambers of Magistrate Judge Lloyd