```
LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant.<br>_____/ | No. C08 00681 HRL<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]<br><br>Complaint Filed: January 29, 2008<br><br>Date:       JUNE 24, 2008<br>Time:       10:00 a.m.<br>Courtroom:  2<br>Judge:      Hon. Howard R. Lloyd |

TO: THE PLAINTIFF, SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST AND TO HER ATTORNEYS OF RECORD: COLEMAN & HOROWITT, LLP:

PLEASE TAKE NOTICE that on JUNE 24, 2008, at 10:00 a.m., or as soon thereafter as the matter may heard in Courtroom 2 of the above entitled Court, located at 280 First Street, San Jose, California 95113, the defendant, B & B Management Group, LLC, dba Bellach's Leather for Living, erroneously sued herein as B&B Property Management, LLC, dba Bellach's Leather for Living ("the moving party") will and hereby does move the Court pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside the Default entered by the Clerk on April 8, 2008.

This motion is brought on the grounds surprise, excusable mistake, inadvertence or excusable neglect which caused the filing of the moving party's responsive pleading, a motion to stay the proceedings, to be lodged within two hours of the notice that the default had been filed

Page 1

Defendant's Notice of Motion and Motion for Relief from Default

1  with the Clerk of Court, without notice or warning from the Plaintiff's counsel, and despite the
2  fact that counsel for the Plaintiff and moving party's counsel herein had been discussing the
3  status of the pleadings, the case, and contractual mediation and arbitration, but the attorney for
4  the Plaintiff failed to advise the moving party that the default was going to be taken until after the
5  fact.

6      This motion is based on this Notice of Motion and Motion, the Memorandum of Points
7  and Authorities filed herewith, the Declaration of Mikel D. Bryan, the pleadings, records and
8  papers filed herein, and such other and further oral and documentary evidence and legal
9  memoranda as may be presented at or by the hearing on said Motion.

11  Dated: May 29, 2008

LAW OFFICES OF MIKEL D. BRYAN, P.C.

By: _____
MIKEL D. BRYAN
Attorney for Defendant and Moving Party,
B & B Management Group, LLC, dba Bellach's
Leather for Living