LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>    Defendant.<br>_____ / | No. C08 00681 HRL<br><br>PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]<br><br>Complaint Filed: January 29, 2008<br><br>Date:        June 24, 2008<br>Time:       10:00 a.m.<br>Courtroom:  2<br>Assigned Judge: Hon. Howard R. Lloyd |

    The motion of the defendant, B & B Management Group, LLC, dba Bellach's Leather for Living, erroneously sued herein as B&B Property Management, LLC, ("the moving party"), for an order for relief from default under FRCP 55(c), came on for hearing before this Court on June 24, 2008. Mikel D. Bryan appeared on behalf of the moving party, and the Plaintiff, Susan Sandelman, as Trustee of the Esan Trust appeared through her attorneys of record, Coleman & Horowitt, LLP.

    After consideration of the memoranda of points and authorities, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that the defendant's motion for relief from default is GRANTED, and the default entered against the defendant in this action is hereby set aside.

//

//

Order Granting Defendant's Request for Relief From Default and Order to Set Aside Default

Page 2

1  IT IS FURTHER ORDERED, that Defendant's Motion for Stay that was taken off
2  calendar due to the default of defendant is hereby reset for hearing on:_____
3  at 10:00 a.m. in Courtroom 2.

5  Dated: _____, 2008

   _____
   The Honorable Howard R. Lloyd
   United States District Judge

Order Granting Defendant's Request for Relief From Default and Order to Set Aside Default