1  DARRYL J. HOROWITT  #100898
   DANIA M. ALVARENGA #244486
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830

Attorneys for Plaintiff,
SUSAN SANDELMAN, AS TRUSTEE
OF THE ESAN TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant. | NO.   C 08 00681 HRL<br><br>**APPLICATION FOR JUDGMENT PURSUANT TO CLERK'S ENTRY OF DEFAULT**<br><br>**[Filed concurrently with Memorandum of Points and Authorities, Declarations of Darryl J. Horowitt and Lee Cherney, and Proposed Judgment]**<br><br>Date:  June 24, 2008<br>Time:  10:00 a.m.<br>Dept:  Courtroom 2, 5th Floor |
|---|---|

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE

ATTORNEYS OF RECORD:

     Plaintiff, SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST (hereinafter

"Plaintiff"), hereby requests a default judgment against Defendant, B & B MANAGEMENT

GROUP, LLC (hereinafter "Defendant") pursuant to Rule 55(b)(1) of the Federal Rules of Civil

Procedure.  This application is based on this application, the accompanying memorandum of

points of authorities in support of the application, the declarations of Darryl J. Horowitt and Lee

Cherney, and the papers and pleadings on file in this action.

1

1    1.    <u>Entry of Clerk's Default</u>:  A request for entry of clerk's default for failure to respond or appear was filed herein on April 8, 2008.

2    <u>Proof Required for Clerk's Judgment</u>:  The declarations of Lee Cherney and Darryl J. Horowitt filed herewith establish proof of:

    (a)    A sum certain due and owing Plaintiff by said Defendant;

    (b)    A contract or statutory claim;

    (c)    Defendant's nonmilitary status; and,

    (d)    Costs to be properly awarded by the clerk.

3.    <u>Judgment to be Entered</u>:

Plaintiff has suffered damages in the principal amount of $275,986.81; interest at the rate of 12% per annum from September 1, 2007 through May 15, 2008, in the amount of $24,226.35, and interest at a daily rate of $90.74 per day thereafter; costs in the amount of $531.87; and attorney's fees in the amount of $33,621.75, for a total judgment of $334,366.78.

Respectfully submitted,

Dated: June 3, 2008    COLEMAN & HOROWITT

By: */s/* Darryl J. Horowitt
    DARRYL J. HOROWITT
    Attorneys for Plaintiff,
    SUSAN SANDELMAN, AS TRUSTEE OF
    THE ESAN TRUST