1  DARRYL J. HOROWITT  #100898
   DANIA M. ALVARENGA #244486
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Plaintiff,
6  SUSAN SANDELMAN, AS TRUSTEE
   OF THE ESAN TRUST
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  SUSAN SANDELMAN, AS TRUSTEE          NO.   C 08 00681 HRL
    OF THE ESAN TRUST,
12
                Plaintiff,               **[PROPOSED] ORDER AND**
13                                       **DEFAULT JUDGMENT**
         v.
14                                       **[Filed concurrently with Application;**
    B&B PROPERTY MANAGEMENT, LLC,        **Memorandum of Points and**
15  dba BELLACH'S LEATHER FOR            **Authorities, Declarations of Darryl J.**
    LIVING,                              **Horowitt and Lee Cherney**
16
                Defendant.               Date:  June 24, 2008
17                                       Time:  10:00 a.m.
                                         Dept:  Courtroom 2, 5th Floor
18

19

20

21       The Application of Plaintiff, SUSAN SANDELMAN, TRUSTEE OF THE ESAN

22  TRUST, for a judgment against Defendant, B&B MANAGEMENT GROUP, LLC, came on for

23  hearing pursuant to application brought pursuant to Rule 55(b)(2) of the Federal Rules of Civil

24  Procedure.

25       A clerk's default was entered against Defendant for failure to make an appearance in this

26  matter, on April 8, 2008.  Upon Plaintiff's Application showing that Plaintiff is entitled to a

27  court judgment against Defendant, and good cause appearing therefor,

28       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff, SUSAN

1

*Susan Sandelman, as Trustee of the Esan Trust*
*v. B&B Property Management, LLC, etc.*
Case No. C 08 00681 HRL

SANDELMAN, TRUSTEE OF THE ESAN TRUST, shall recover from Defendant, B&B MANAGEMENT GROUP, LLC, the principal sum of $275,986.81; interest at the rate of 12% per annum from September 1, 2007 through May 15, 2008, in the amount of $24,226.35, and interest at a daily rate of $90.74 per day thereafter; costs in the amount of $531.87; and attorney's fees in the amount of $33,621.75; for a total judgment of $334,366.78.

Dated: _____

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE