DARRYL J. HOROWITT  #100898
DANIA M. ALVARENGA #244486
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
SUSAN SANDELMAN, AS TRUSTEE
OF THE ESAN TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>　　　　　　Defendant. | NO.   C 08 00681 HRL<br><br>**NOTICE OF NO OPPOSITION**<br><br>Date:　June 24, 2008<br>Time:　10:00 a.m.<br>Dept:　Courtroom 2, 5th Floor |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

ATTORNEYS OF RECORD:

　　　NOTICE IS HEREBY GIVEN that plaintiff, SUSAN SANDELMAN, AS TRUSTEE OF

THE ESAN TRUST, has received no opposition to her Application for Judgment Pursuant to

Clerk's Entry of Default, scheduled for June 24, 2008, at 10:00 a.m., in Courtroom 2.

Dated: June 10, 2008　　　　　　　　　　　　　COLEMAN & HOROWITT, LLP


　　　　　　　　　　　　　　　　　　　　By: /s/ Darryl J. Horowitt
　　　　　　　　　　　　　　　　　　　　　　DARRYL J. HOROWITT
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　SUSAN SANDELMAN, AS
　　　　　　　　　　　　　　　　　　　　　　TRUSTEE OF THE ESAN TRUST

1