\* E-filed 06/16/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN AS TRUSTEE OF THE ESAN TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>B&B PROPERTY MANAGEMENT, LLC dba BELLACH'S LEATHER FOR LIVING,<br><br>        Defendants.<br>_____/ | Case No. CV 08-00681 HRL<br><br>**CLERK'S NOTICE CONTINUING HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO CLERK'S ENTRY OF DEFAULT**<br><br>Re: Docket No. 29 |

    PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Plaintiff's Motion for Judgment Pursuant to Clerk's Entry of Default - originally noticed for June 24, 2008 at 10:00 a.m. - is continued to **July 8, 2008** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:    06/16/08

/s/ MPK
Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Mikel D. Bryan  mikel@mdbryanlaw.com

Christine Jean Levin clevin@ch-law.com

Darryl J. Horowitt dhorowitt@ch-law.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  06/16/08

                                                /s/ MPK
                                Chambers of Magistrate Judge Lloyd