*United States District Court*
*For the Northern District of California*

\* E-filed 07/01/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendants.<br>_____/ | Case No. CV 08-00681 HRL<br><br>**CLERK'S NOTICE CONTINUING HEARING** |

PLEASE TAKE NOTICE THAT on the court's own motion, the hearing on Defendant's Motion to Set Aside Default and Plaintiff's Motion for Judgment Pursuant to Clerk's Entry of Default —currently noticed for July 8, 2008 at 10:00 a.m.—is continued to **July 15, 2008** in Courtroom 2, 5th floor of the United States District Court, San Jose.

Dated:   07/01/08                              /s/  MPK
                                                              Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Mikel D. Bryan  mikel@mdbryanlaw.com

3  Christine Jean Levin clevin@ch-law.com

4  Darryl J. Horowitt dhorowitt@ch-law.com

6  * Counsel are responsible for providing copies of this order to co-counsel.

7  Dated:  07/01/08

                  /s/ MPK
Chambers of Magistrate Judge Lloyd