```
LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143
```

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>Defendant.<br>_____/ | No. CV 08-00681 HRL<br><br>DECLARATION OF MIKEL D. BRYAN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL FOR THE DEFENDANT, B & B MANAGEMENT GROUP, dba BELLACH'S LEATHER FOR LIVING, erroneously sued herein as B&B Property Management, LLC, dba Bellach's Leather for Living<br><br>Complaint Filed: January 29, 2008<br><u>Assigned Judge: Hon. Howard R. Lloyd</u><br><br>Motion Date: August 12, 2008<br>Time:          10:00 a.m.<br>Courtroom:  2 |

I, MIKEL D. BRYAN, declare that:

1.   I am the attorney of record for the defendant, B & B MANAGEMENT GROUP, LLC, a California limited liability company ("B & B").  I, as the attorney of record, have made a voluntary appearance in this action on behalf of B & B, dba Bellach's Leather for Living, erroneously sued herein as B&B Property Management, LLC dba Bellach's Leather for Living.

2.   I was retained by Jerome Bellach, the Managing Member of B & B, to act as the attorney of record for B & B, pursuant to a written retainer agreement dated April 4, 2008.  Since my retention, I have continued to act on behalf of B & B, within the scope of employment as set forth in my written retainer agreement.

Page 1

Declaration of Mikel D. Bryan in Support of Motion for Order Authorizing Withdrawal of Attorney for Defendant, B & B MANAGEMENT GROUP, LLC

3. Certain differences have arisen between myself and B & B, through its managing member, Jerome Bellach, which make it impossible for me to continue to represent the defendant, B & B, in this action, including the failure of B & B to pay my fees as they were earned, as well as other confidential matters protected by the attorney-client privilege.

4. As part of this Motion, I have advised the defendant, B & B, and its managing member, Jerome Bellach, that upon withdrawal, I will no longer be representing the limited liability company in this action as its attorney. As a limited liability company, B & B Management Group, LLC, will not be allowed to appear before this Court except through an attorney authorized to practice law before the Court. B & B and its managing member, Jerome Bellach, have been advised to immediately seek substitute legal advice regarding legal representation of the limited liability company in this action. They have also been advised that the failure of B & B to obtain another attorney may lead to an order striking the pleadings and/or entry of defaults or default judgments against the limited liability company.

5. A copy of this Motion and Supporting Declaration have been served by mail to the limited liability company's business address in care of Jerome Bellach, the managing member, at the address confirmed in telephone conversation with Mr. Bellach as being current address of both the limited liability company and Mr. Bellach.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of July, 2008.

MIKEL D. BRYAN, P.C.

_____
MIKEL D. BRYAN
ATTORNEY FOR Defendant,
B & B MANAGEMENT GROUP, LLC

Page 2

Declaration of Mikel D. Bryan in Support of Motion for Order Authorizing Withdrawal of Attorney for Defendant, B & B MANAGEMENT GROUP, LLC