```
LAW OFFICES OF MIKEL D. BRYAN, P.C.
MIKEL D. BRYAN ( SBN 84010)
550 Doyle Park Drive
Santa Rosa, California 95405
(707) 528-1231
Fax: (707) 528-3143

Attorney for Defendant
B & B Management Group, LLC,
dba Bellach's Leather for Living
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>            Plaintiff,<br><br>    v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba  BELLACH'S LEATHER FOR LIVING,<br><br>            Defendant.<br>_____/ | No. C08 00681 HRL<br><br>PROPOSED ORDER GRANTING MOTION AUTHORIZING THE WITHDRAWAL OF COUNSEL FOR DEFENDANT, B & B MANAGEMENT GROUP, LLC, dba BELLACH'S LEATHER FOR LIVING, erroneously sued herein as B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING<br><br>Complaint Filed: January 29, 2008<br><br>Date:   August 12, 2008<br>Time:   10:00 a.m.<br>Courtroom: 2 |

The motion of the defendant, B & B Management Group, LLC, dba Bellach's Leather for Living (B & B), erroneously sued herein as B&B Property Management, LLC, ("the moving party"), for an order allowing counsel for B & B (Mikel D. Bryan) to withdraw as the attorney of record in this action, came on for hearing before this Court on August 12, 2008.  Mikel D. Bryan appeared on behalf of the moving party, and the Plaintiff, Susan Sandelman, as Trustee of the Esan Trust, appeared through her attorneys of record, Coleman & Horowitt, LLP.

//

//

1  After consideration of the documents filed relating to this motion, the arguments of
2  counsel, and all other matters presented to the Court,
3  IT IS HEREBY ORDERED that the moving party's motion is GRANTED.  As part of
4  this Order, the defendant, B & B, and its managing member, Jerome Bellach, are specifically
5  advised as follows:
6  **UPON ENTRY OF THIS ORDER, THE MOVING PARTY WILL NO LONGER
7  BE REPRESENTING THE LIMITED LIABILITY COMPANY IN THIS ACTION AS
8  ITS ATTORNEY.  AS A LIMITED LIABILITY COMPANY, B & B MANAGEMENT
9  GROUP, LLC, WILL NOT BE ALLOWED TO APPEAR BEFORE THIS COURT
10 EXCEPT THROUGH AN ATTORNEY AUTHORIZED TO PRACTICE LAW BEFORE
11 THE COURT.  YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING
12 LEGAL REPRESENTATION.  YOUR FAILURE TO OBTAIN AN ATTORNEY MAY
13 LEAD TO AN ORDER STRIKING THE PLEADINGS AND/OR ENTRY OF DEFAULTS
14 OR DEFAULT JUDGMENTS AGAINST THE LIMITED LIABILITY COMPANY**.

18 Dated: _____, 2008      _____
                                  The Honorable Howard R. Lloyd
19                                United States District Judge

Order Allowing Mikel D. Bryan to Withdraw as Attorney of Record for Defendant B & B