1  LAW OFFICES OF MIKEL D. BRYAN, P.C.
   MIKEL D. BRYAN ( SBN 84010)
2  550 Doyle Park Drive
   Santa Rosa, California 95405
3  (707) 528-1231
   Fax: (707) 528-3143
4
   Attorney for Defendant
5  B & B Management Group, LLC,
   dba Bellach's Leather for Living
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10 SUSAN SANDELMAN, AS TRUSTEE          No. C08 00681 HRL
   OF THE ESAN TRUST,
11                                      PROOF OF SERVICE BY MAIL ON
                    Plaintiff,          MOTION TO BE RELIEVED AS
12                                      ATTORNEY FOR B & B MANAGEMENT
        v.                              GROUP, LLC
13
   B&B PROPERTY MANAGEMENT, LLC,        Complaint Filed: January 29, 2008
14 dba BELLACH'S LEATHER FOR LIVING,
                                        Date:       August 12, 2008
15                  Defendant.          Time:       10:00 a.m.
                                   /    Courtroom:  2
16                                      Judge:      Honorable Howard R. Lloyd

17       Please see attached.

**PROOF OF SERVICE**
[FRCP 5(B)]

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to this action. My business address is 550 Doyle Park Drive, Santa Rosa, California.

On the date set forth below, I served the attached:

1. NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL FOR THE DEFENDANT, B & B MANAGEMENT GROUP, dba BELLACH'S LEATHER FOR LIVING, erroneously sued herein as B&B Property Management, LLC, dba Bellach's Leather for Living

2. DECLARATION OF MIKEL D. BRYAN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL FOR THE DEFENDANT, B & B MANAGEMENT GROUP, dba BELLACH'S LEATHER FOR LIVING, erroneously sued herein as B&B Property Management, LLC, dba Bellach's Leather for Living

3. PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]

on the interested parties in this action, by placing a true copy thereof, addressed as follows:

Attorney for Plaintiff, Susan Sandelman, Trustee of the Esan Trust
Darryl J. Horowitt
Bonnie J. Anderson
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Fax: (559) 248-4830

/ X / (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of our office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY OVERNIGHT DELIVERY) I caused each such envelope to be picked up by the business which engages in overnight delivery service, following the instructions for express mailing and using the overnight delivery mail envelope with postage fully prepaid thereon.

/_/ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the address(s) noted above.

/_/ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California on _____.

_____
Jolene Strange