# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   July 15, 2008                                    Time in Court: 25 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**   Susan Sandelman v. B&B Management Group
**CASE NUMBER**: C08-00681HRL
Plaintiff Attorney present: Darryl Horowitt
Defendant Attorney present:   Mikel Bryan

**PROCEEDINGS: Plaintiff's Motion for Judgment and Defendant's Motion to Set Aside Default**

Counsel present argument.

Matter is taken under submission.  Court to issue written ruling.