DARRYL J. HOROWITT  #100898
DANIA M. ALVARENGA #244486
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
SUSAN SANDELMAN, AS TRUSTEE
OF THE ESAN TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>           Plaintiff,<br><br>      v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>           Defendant. | NO.   C08 00681 HRL<br><br>**NOTICE OF NO OPPOSITION TO MOTION FOR ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL**<br><br>Date:          August 12, 2008<br>Time:         10:00 a.m.<br>Courtroom:  2<br>Judge:        Hon. Howard R. Lloyd |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

    NOTICE IS HEREBY GIVEN that plaintiff, SUSAN SANDELMAN as Trustee of the

Esan Trust, does not oppose the motion for order authorizing the withdrawal of counsel filed by

defendant's counsel herein.

Dated: July 22, 2008                    COLEMAN & HOROWITT, LLP

                                                  s/Darryl J. Horowitt
                                  By:_____
                                      DARRYL J. HOROWITT
                                      Attorneys for Plaintiff,
                                      SUSAN SANDELMAN
                                      as Trustee of the Esan Trust

1