1   LAW OFFICES OF MIKEL D. BRYAN, P.C.
    MIKEL D. BRYAN ( SBN 84010)
2   550 Doyle Park Drive
    Santa Rosa, California 95405
3   (707) 528-1231
    Fax: (707) 528-3143
4
    Attorney for Defendant
5   B & B Management Group, LLC,
    dba Bellach's Leather for Living
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10  SUSAN SANDELMAN, AS TRUSTEE          No. CV 08-00681 HRL
    OF THE ESAN TRUST,
11                                       EX PARTE APPLICATION OF MIKEL D.
                                         BRYAN, COUNSEL FOR DEFENDANT B
                     Plaintiff,          & B MANAGEMENT GROUP, LLC, dba
12                                       BELLACH'S LEATHER FOR LIVING,
          v.                             FOR AN ORDER GRANTING
13                                       APPLICANT  RELIEF FROM ANY
    B&B PROPERTY MANAGEMENT, LLC,        PERSONAL APPEARANCE AT THE
14  dba  BELLACH'S LEATHER FOR LIVING,   HEARING ON APPLICANT'S MOTION
                                         TO BE RELIEVED AS ATTORNEY OF
15                   Defendant.          RECORD FOR DEFENDANT and ORDER
                                    /    THEREON
16

17                                       Complaint Filed: January 29, 2008

18                                       Assigned Judge: Hon. Howard R. Lloyd

19  TO: THE HONORABLE HOWARD R. LLOYD:

20        Mikel D. Bryan ("Applicant"), attorney of record for the Defendant, B & B Management

21  Group LLC ("the Defendant"), hereby applies to the Court, Ex Parte, for an order relieving

22  Applicant from having to appear at the Law and Motion hearing set for August 12, 2008, on

23  Application's Motion to be Relieved as Counsel for said Defendant.

24        This application is made on the grounds that Applicant, if required to appear at the law

25  and motion hearing on August 12, 2008, will have to drive more than five hours to appear before

26  the Court on this unopposed motion, which will exacerbate the financial losses already being

27  incurred by Applicant as a result of the failure of the Defendant to pay its written obligations to

28  pay the Applicant's attorney's fees and costs incurred in this matter.

                                    Page 1

1    The Motion to be Relieved as Counsel was timely served, no opposition has been
2  received from the client/defendant, and none is expected at the time of the hearing. Further,
3  Plaintiff's counsel has filed a Statement of Non-Opposition to the Motion.  Applicant has
4  provided the Court with a proposed Order, relieving Applicant as the attorney of record for the
5  Defendant, in compliance with the Northern District of California local rules, and has fully
6  advised, in writing, the Defendant of the consequences of the Court's granting of the Applicant's
7  motion.

8    The undersigned has advised counsel for the Plaintiff, that this Application was being
9  made and a copy of it has been sent electronically to Counsel concurrently with the filing hereof.

10    The Court, at the time of the hearing on the Defendant's request for relief from its default
11  heard on July 15, 2008, stated that it would consider the Applicant's  present request for an
12  Order, Ex Parte, if that Application was submitted shortly before the scheduled hearing date of
13  August 12, 2008, and no opposition appeared to be in the offing.

14    It is therefore, respectfully requested that the Court excuse the Applicant's personal
15  appearance at the law and motion hearing of August 12, 2008.

16                     Respectfully submitted,

17                     LAW OFFICES OF MIKEL D. BRYAN, P.C.

18

19  Dated: August 7, 2008         _____
20                     Mikel D. Bryan
                       Attorney for Defendant
21

22

23

24

25

26

27

28

Ex Parte Application Requesting to be Excused from Appearance on August 12, 2008;
and Order Thereon

1

ORDER

2    Having considered the Application of Mikel D. Bryan, counsel for the defendant, B & B

3  Management Group LLC and good cause appearing,

4    IT IS HEREBY ORDERED that counsel for the defendant, B & B Management Group

5  LLC, Mikel D. Bryan, is hereby excused from personally appearing at the hearing of Applicant's

6  motion to be relieved as attorney of record for the defendant, B & B Management Group, LLC,

7  set for hearing on August 12, 2008.

8

9
_____
10
Howard R. Lloyd
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 3