*e-filed 8/8/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>  Defendant.<br>_____ / | No. C08-00681 HRL<br><br>**ORDER GRANTING COUNSEL FOR DEFENDANT LEAVE TO APPEAR BY TELEPHONE**<br><br>[Re: Docket No. 50] |

The court has received the Ex Parte Application of Mikel D. Bryan to be Relieved from Any Personal Appearance at the August 12, 2008 hearing on his Motion to be Relieved as Attorney of Record for Defendant. While the court finds good cause to allow Mr. Bryan to appear telephonically at the hearing, it does not excuse him from making any appearance at all.

It is therefore ordered that Mr. Bryan call the courtroom at (408) 535-5205 on August 12, 2008 at 10:00 am to make his appearance.

**IT IS SO ORDERED.**

8/8/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Christine Jean Levin        clevin@ch-law.com

Darryl J. Horowitt          dhorowitt@ch-law.com

Mikel D. Bryan              mikel@mdbryanlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

Dated: 8/8/08

                                             mpk
Chambers of Magistrate Judge Lloyd