# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   August 12, 2008                          Time in Court: 1 minute

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Susan Sandelman v. B&B Management Group
**CASE NUMBER**: C08-00681HRL
Plaintiff Attorney present: Not Present
Defendant Attorney present:   Mikel Bryan via telephone

---

**PROCEEDINGS:**   Defendant's Motion to Withdraw as Counsel


Motion is granted.