*e-filed 8/12/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN SANDELMAN, AS TRUSTEE OF THE ESAN TRUST,<br><br>　　　　Plaintiff,<br>　v.<br>B&B PROPERTY MANAGEMENT, LLC, dba BELLACH'S LEATHER FOR LIVING,<br><br>　　　　Defendant.　　　　　　　　　/ | No. C08-00681 HRL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**[Re: Docket No. 42]** |

　　　Mikel D. Bryan ("Bryan"), counsel for defendant B&B, moves for an order permitting him to withdraw as counsel. Plaintiff filed a statement of non-opposition. B&B did not submit any papers or appear at the hearing on August 12.

　　　Bryan states that differences have arisen between himself and his client which make is "impossible" for him to continue the representation. Specifically, B&B refuses to communicate with him and refuses to pay for his services. *See* Declaration of Mikel D. Bryan in Support of Motion to Withdraw [Docket Number 43]. Good cause appearing, Bryan's motion to withdraw is granted. However, pursuant to Civil Local Rule 11-5(b), the withdrawal is subject to the condition that papers directed to defendant B&B may continue to be served on Bryan for forwarding purposes unless and until it appears by other counsel.

1  **IT IS SO ORDERED.**

3  Dated: 8/12/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

7  Notice to B&B:

8  AS A LIMITED LIABILITY COMPANY, B & B MANAGEMENT GROUP, LLC, IS NOT

9  ALLOWED TO APPEAR BEFORE THIS COURT EXCEPT THROUGH AN ATTORNEY.

10 IT SHOULD IMMEDIATELY SEEK ADVICE REGARDING LEGAL REPRESENTATION.

**United States District Court**
For the Northern District of California

**Notice will be electronically mailed to:**

Darryl J. Horowitt          dhorowitt@ch-law.com

Mikel D. Bryan             mikel@mdbryanlaw.com


**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.


Dated: 8/12/08

                                                                 mpk
                                       Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California